740 A.2d 1139

Salvatore CHIMENTI, Susan Borish
and Hans Vorhauer, Appellants,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 17, 1999.

## ORDER

PER CURIAM:

AND NOW, this 17th day of November, 1999, the order of the Commonwealth Court is affirmed.